## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MELODY L. BROOKS | ✦ | |
| Plaintiff | ✦ | APR 1 0 2002 |
| | ✦ | |
| v. | ✦ | Civil Case No. CCB-01-4003 |
| DEPARTMENT OF STATE POLICE | ✦ | |
| Defendant | ✦ | |

✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦

### JOINT STIPULATION FOR EXTENSION OF TIME

Melody L. Brooks, Plaintiff, by her attorneys, Michael Marshall and Schlachman, Belsky & Weiner, P.A., and the Department of State Police, Defendant, by its attorney, H. Scott Curtis, Assistant Attorney General, hereby stipulate to an extension of time for Defendant to answer, or otherwise respond to Plaintiff's Complaint until and including May 24, 2002.

| | |
|---|---|
| _Michael Marshall/HSC_ | _H. Scott Curtis_ |
| Michael Marshall | H. Scott Curtis |
| Schlachman, Belsky & Weiner, P.A. | Assistant Attorney General |
| 10th Floor | Department of State Police |
| 20 South Charles Street | 1201 Reisterstown Road |
| Baltimore, Maryland 21201 | Pikesville, Maryland 21208 |
| (410) 685-2022 | (410) 653-4437 |
| Attorney for Plaintiff | Attorney for Defendant |

**IT IS SO ORDERED**, this __11__ day of __April__, 2002.

_____
United States Judge