IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELODY L. BROOKS                                *
PO Box 334
Jessup, Maryland 20794                          *

    Plaintiff                              *

v.                                              *       CIVIL ACTION NO.:
                                                        CCB-01-4003
                                                *
MARYLAND STATE POLICE
1201 Reisterstown Road                          *
Pikesville, Maryland 21208
                                                *
    Defendant
                                                *

                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION TO STAY FURTHER PROCEEDINGS
### AND/OR TO MODIFY SCHEDULING ORDER

Melody L. Brooks, by her attorneys, Michael Marshall and Schlachman, Belsky & Weiner, P.A. and the Maryland State Police, by its attorneys, H. Scott Curtis, respectfully request that this Court grant a motion to stay further proceedings and/or to modify the scheduling order for the reasons set forth in the accompanying Memorandum of Law.

*Case Stayed + Administratively Closed subject to reopening on the plaintiff's request*
*CCBlake*
*USDJ   10-11-02*