IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY L. BROOKS<br>PO Box 334<br>Jessup, Maryland 20794<br><br>    Plaintiff<br><br>v.<br><br>MARYLAND STATE POLICE<br>1201 Reisterstown Road<br>Pikesville, Maryland 21208<br><br>    Serve on: Col. Thomas E.<br>               Hutchins,<br>               Superintendent<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No.: CCB-01-4003<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO AMEND COMPLAINT

Melody L. Brooks, by her attorneys Michael Marshall and Schlachman, Belsky & Weiner, P.A. pursuant to Rule 103(6), moves to amend its Complaint of employment discrimination against the Maryland State Police. Counsel made an attempt but did not obtain consent from opposing counsel on this amendment.

 

_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 685-2022
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY L. BROOKS <br> PO Box 334 <br> Jessup, Maryland 20794 <br><br> Plaintiff <br><br> v. <br><br> MARYLAND STATE POLICE <br> 1201 Reisterstown Road <br> Pikesville, Maryland 21208 <br><br> Serve on: Col. Thomas E. <br> Hutchins, <br> Superintendent <br><br> Defendant | Civil Action No.: CCB-01-4003 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___1___ day of November 1, 2004, a copy of this Motion to Amend, and proposed amended complaint, was mailed to Scott Curtis, Esq., Department of Maryland State Police, 1201 Reisterstown Road, Pikesville, Maryland 21208.

_____
Michael Marshall