IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELODY L. BROOKS                 *
PO Box 334                       *
Jessup, Maryland 20794        *
                                 *

       Plaintiff              *
                                 *

v.                                 *
                                 *

MARYLAND STATE POLICE    *    Civil Action No.: CCB-01-4003
1201 Reisterstown Road        *
Pikesville, Maryland 21208     *
                                 *

     Serve on: Col. Thomas E.   *
              Hutchins,         *
              Superintendent   *
                                 *

     Defendant             *
                                 *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of Plaintiffs' Motion to Amend, it is this _____ day of

_____, 2004, by the United States District Court for the District of Maryland,

hereby:

ORDERED, that Plaintiffs' Motion to Amend is **GRANTED**; and it is

further,

ORDERED, that the Proposed Amended Complaint attached to Plaintiffs'

Motion to Amend is deemed filed as of November 1, 2004.

_____
JUDGE