IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY L. BROOKS <br> PO Box 334 <br> Jessup, Maryland 20794 <br><br> Plaintiff <br><br> v. <br><br> MARYLAND STATE POLICE <br> 1201 Reisterstown Road <br> Pikesville, Maryland 21208 <br><br> Serve on: Col. Thomas E. <br> Hutchins, <br> Superintendent <br><br> Defendant | Civil Action No.: CCB-01-4003 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REOPEN

Melody L. Brooks, by her attorneys Michael Marshall and Schlachman, Belsky & Weiner, P.A, , moves to reopen the Complaint of employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq.

## PROCEDURAL HISTORY

1.     On July 25, 2001, PCO Brooks filed a timely charge of discrimination with the Baltimore District Office of the United States Equal Employment Opportunity Commission.

2.     On September 25, 2001, the District Director for the EEOC forwarded a Dismissal

and Notice of Rights to PCO Brooks indicating the EEOC was unable to conclude the information established a violation.

3.     On December 21, 2001, PCO Brooks filed a timely complaint in the District Court of Maryland, for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000(e)., et. seq., and the Americans With Disabilities Act (ADA), 42 U.S.C. Sec. 12101, et. seq.

4.     On October 10, 2002, the parties filed a motion to stay proceedings pending an internal investigation of these charges by the Maryland State Police.

5.     On October 12, 2002, this Court ordered the case stayed and administratively closed subject to reopening on the Plaintiff's request.

6.     On July 1, 2004, PCO Brooks filed an additional, and timely, Charge of Discrimination with the Baltimore District Office of the United States Equal Employment Opportunity Commission. On August 2, 2004, PCO Brooks received a Dismissal and Notice of Rights from the EEOC.

7.     On November 1, 2004, PCO Brooks filed a Motion to Amend Complaint with the United States District Court of Maryland. PCO Brooks also filed a Proposed Amended Complaint.

## JURISDICTION AND VENUE

8.     Jurisdiction of this Court is invoked pursuant to 42 U.S.C. § 2000e-5(f), 28

U.S.C. § 1343(4), 28 U.S.C. § 1331. Venue of this Court is invoked pursuant to 28 U.S.C. § 1391(b), this being an action not founded on diversity of citizenship, and the District of Maryland being the judicial district in which all parties reside.

WHEREFORE, Melody L. Brooks moves, pursuant to the Court's order on October 12, 2002, to reopen Civil Action No. CCB-01-4003, effective November 1, 2004.

_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland  21201
(410) 685-2022
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __5__ day of November 2004, a copy of this Motion to Reopen and Order was mailed to Scott Curtis, Esq., Department of Maryland State Police, 1201 Reisterstown Road, Pikesville, Maryland 21208.

_____
Michael Marshall

3