IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY L. BROOKS <br> PO Box 334 <br> Jessup, Maryland 20794 <br><br>     Plaintiff <br><br> v. <br><br> MARYLAND STATE POLICE <br> 1201 Reisterstown Road <br> Pikesville, Maryland 21208 <br><br>     Serve on: Col. Thomas E. <br>                Hutchins, <br>                Superintendent <br><br>     Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    Civil Action No.: CCB-01-4003 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Motion to Reopen, it is this _____ day of

_____, 2004, by the United States District Court for the District of Maryland,

hereby:

ORDERED, that Plaintiffs' Motion to Reopen is GRANTED; and it is further,

ORDERED, that Civil Action No. CCB-01-4003 is deemed open as of November 1, 2004.

 

                                                                                              Catherine C. Blake <br>
                                                                                              United States District Judge