IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MELODY L. BROOKS** | ✦ | |
| Plaintiff | ✦ | |
| | ✦ | |
| v. | ✦ | Civil Case No. CCB-01-4003 |
| **DEPARTMENT OF STATE POLICE** | ✦ | |
| Defendant | ✦ | |

✦  ✦  ✦  ✦  ✦  ✦  ✦  ✦

## OPPOSITION TO MOTION TO AMEND

Defendant Department of State Police, by its attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and H. Scott Curtis, Assistant Attorney General, pursuant to Fed.R.Civ.P. 15 and Local Rule 105, hereby opposes Plaintiff's Motion to Amend for the following reasons, which are more fully set forth in the accompanying Memorandum of Law:

1. Plaintiff's *pro forma* motion to amend the original complaint lacks any basis upon which the Court can determine whether "justice so requires" that leave to amend be given.  Fed.R.Civ.P. 15(a).

2. Plaintiff's *pro forma* motion to amend the original complaint lacks any basis upon which the Court can permit Plaintiff to serve a supplemental pleading setting

forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.  Fed.R.Civ.P. 15(d).  The Court may grant such a motion "upon reasonable notice and upon such terms as are just." *Id.*  Plaintiff's *pro forma* motion to amend the original complaint, which introduces transactions or occurrences or events which have happened since the date of the original pleading, lacks any basis upon which the Court can set such terms as are just.

3. Plaintiff seeks, in this motion and in her motion to reopen the case, to retro-actively amend the complaint and reopen the case to November 1, 2004.  Local Rule 103(6)(a) provides that "[t]he amended pleading shall be deemed to have been served, for the pruposes of determining the time for response under Fed.R.Civ.P. 15(a)*, on the date that the Court grants leave for its filing."* (Emphasis added.)

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court deny Plaintiff's motion to amend.

    Respectfully submitted,

    J. Joseph Curran, Jr.
    Attorney General of Maryland

    and


    /S/_____
    H. Scott Curtis
    Assistant Attorney General
    Federal Bar No. 08313
    Department of State Police

        1201 Reisterstown Road
        Pikesville, Maryland 21208
        (410) 653-4437

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date and time of the notice of electronic filing, a copy of the foregoing was electronically transmitted to

Michael Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
10th Floor
20 South Charles Street
Baltimore, Maryland 21201
Attorney for Plaintiff

        /S/
        H. Scott Curtis
        Assistant Attorney General
        Department of State Police