IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY L. BROOKS | ✦ |
| Plaintiff | ✦ |
| | ✦ |
| v. | ✦ Civil Case No. CCB-01-4003 |
| DEPARTMENT OF STATE POLICE | ✦ |
| Defendant | ✦ |

✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦

**DEFENDANT'S RESPONSE TO MOTION TO REOPEN THE CASE**

Defendant Department of State Police, by its attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and H. Scott Curtis, Assistant Attorney General, **DO NOT OPPOSE** Plaintiff's motion to reopen the case, with the following limitation:

1. Should the Court grant Plaintiff's motion, it should *not* do so retroactively to November 1, 2004, but do so effective on the date that the Court grants the motion.

**WHEREFORE**, Defendant respectfully submits this issue to this Honorable Court.

Respectfully submitted,

J. Joseph Curran, Jr.
Attorney General of Maryland

and

/S/
H. Scott Curtis
Assistant Attorney General
Federal Bar No. 08313
Department of State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4437

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date and time of the notice of electronic filing, a copy of the foregoing was electronically transmitted to

Michael Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
10th Floor
20 South Charles Street
Baltimore, Maryland 21201
Attorney for Plaintiff

/S/
H. Scott Curtis
Assistant Attorney General
Department of State Police