IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Melody L. Brooks | * |
| Plaintiff | * |
| v. | * |
| | * |
| Maryland State Police | * Civil Case No.:CCB-01-4003 |
| Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>STIPULATION TO EXTEND RESPONSE TO DEFENDANT'S
OPPOSITION TO MOTION TO AMEND AND ANSWER TO
DEFENDANT'S RESPONSE TO MOTION TO REOPEN THE CASE.</u>

The plaintiff, Melody L. Brooks, by her attorneys, Michael Marshall, and Schlachman, Belsky & Weiner, P.A., and defendant, Maryland State Police, by its attorney, H. Scott Curtis, stipulate to a thirty-day extension for the plaintiff to file a response to defendant's Opposition to Motion to Amend and defendant's Response to Motion to Reopen the Case.

Approved as to content and form,


_____/s/_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 S. Charles Street, Tenth Floor
Baltimore, MD 21201
(410) 685-2022
Attorneys for Petitioner


\_\_\_\_\_/s/_____
H. Scott Curtis
Assistant Attorney General
Department of State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4437