IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Melody L. Brooks | * |
|     Plaintiff | * |
| v. | * |
| | * |
| Maryland State Police | *   Civil Case No.:CCB-01-4003 |
|     Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO MOTION TO REOPEN</u>

Plaintiff, Melody Brooks, by her attorneys, Michael Marshall, and Schlachman, Belsky & Weiner, P.A., files this Response to Defendant's's Opposition to Motion to Reopen.

The Court should reopen this case using the date on which Plaintiff filed her motion to do so, November 5, 2004. Despite Defendant's objection, there is no authority cited for why this case should not be reopened on the date the Motion to Reopen was filed with the Court. Further, Federal Rule 15(c) notes that amendments relate back to the original date when: (1) relation back is permitted by the law that provides the statue of limitation applicable to the action, or (2) the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading. The claim asserted by the Plaintiff in the amended pleading arose out of a continuing course of conduct, transaction, or occurrence that was set forth in the original pleading. In this case, because Defendant cites no authority stating otherwise, the amended complaint should relate back to the filing date.

_____/s/_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland  21201
(410) 685-2022
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2004, a copy of this Response was mailed to Scott Curtis, Esq., Department of Maryland State Police, 1201 Reisterstown Road, Pikesville, Maryland 21208.

_____/s/_____
Michael Marshall