IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELODY L. BROOKS | : | |
| | : | |
| v. | : | CIVIL NO. CCB-01-4003 |
| | : | |
| DEPARTMENT OF STATE POLICE | : | |

...o0o...

**ORDER**

I have considered the plaintiff's motion to reopen (docket entry no. 11) and motion to amend (docket entry no. 10) both of which have been opposed by the defendant. This case had been administratively closed with consent of both parties while the Maryland State Police (and subsequently the EEOC) investigated both the original claim of employment discrimination filed by the plaintiff and her subsequent claim of retaliation.

Within 90 days of the EEOC's right to sue letter on the subsequent claim, the plaintiff filed a motion to reopen and a motion to amend. The proposed amended complaint appropriately sets forth the related alleged acts of retaliation and additional discrimination that followed the filing of the original complaint.

Accordingly, it is hereby **ORDERED** that:

1. the Motion to Reopen is **Granted**;

2. the Motion to Amend is **Granted**; and

      3. the Amended Complaint is deemed to have been served on the defendant as of today, for purposes of determining the time for response.

| | |
|---|---|
| <u> January 6, 2005 </u><br>Date | <u>             /s/             </u><br>Catherine C. Blake<br>United States District Judge |