May 25, 2005

Charles Street

Clerk  
United States District Court for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    <u>Melody L. Brooks v. Department of State Police</u>  
              Civil Action No. CCB-01-4003

Dear Mr./Madam Clerk:

     Please be advised that the telephone conference call previously scheduled for June 3, 2005 has been rescheduled for Tuesday, May 31, 2005 at 2:00 p.m. The new date and time has been confirmed with Judge Grimm's Chambers and H. Scott Curtis, attorney for the Department of State.

     Thank you.

                                                Very truly yours,

                                                /s/

                                                Michael Marshall

MM/abs  
cc: The Honorable Paul W. Grimm  
    H. Scott Curtis, Esq.  
    Melody Brooks